The motion was made upon the grounds that the Court of Appeals has no jurisdiction to hear the appeal, as the judgment appealed from unanimously affirms an interlocutory judgment, and no questions of law were certified to this court by the order of the Appellate Division granting leave to appeal.

*George W. O'Brien* for motion.

*George McGowan* opposed.

Motion denied, with ten dollars costs.

---

CITY OF SYRACUSE, Respondent, *v.* RICHARD M. STACY et al., Appellants.

Reported below, 45 App. Div. 249.

(Argued June 3, 1901; decided June 11, 1901.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1899, affirming an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings.

The motion was made upon the ground that the Court of Appeals has no jurisdiction to entertain the appeal.

*Thomas Hogan* and *E. N. Wilson* for motion.

*Charles A. Hawley* and *George Barrow* opposed.

Motion denied, with ten dollars costs.